**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No. 3:17−cv−00612-JAG |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | CLASS ACTION |
| XENITH BANKSHARES INC., PATRICK E. CORBIN, T. GAYLON LAYFIELD III, THOMAS G. SNEAD JR., PALMER P. GARSON, ROBERT J. MERRICK, SCOTT A. REED, W. LEWIS WITT, WILLIAM A. PAULETTE, HENRY P. CUSTIS JR., JAMES F. BURR, EDWARD GREBOW, ROBERT B. GOLDSTEIN, and UNION BANKSHARES CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

<u>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**</u>

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby

voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants

have filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 6, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
T: (302) 295-5310
F: (302) 654-7530
Email: bdl@rl-legal.com
          gms@rl-legal.com

**LEVI & KORSINSKY LLP**

By:  */s/ Elizabeth K. Tripodi*
Elizabeth K. Tripodi (VA Bar No. 73483
1101 30th Street, N.W., Suite 115
Washington, DC 20007
T: (202) 524-4290
F: (202) 333-2121
Email: etripodi@zlk.com

*Attorneys for Plaintiff*

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
T: (484) 324-6800
F: (484) 631-1305
Email: rmaniskas@rmclasslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

*/s/ Elizabeth K. Tripodi*
Elizabeth K. Tripodi